**Lillian SCHULMANN, Plaintiff–
Appellant,**

v.

**ALLSTATE INDEMNITY COMPANY
and Allstate Insurance Company,
Defendants–Appellees.**

No. 02–1597.

United States Court of Appeals,
Federal Circuit.

DECIDED: Dec. 5, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

**Marie F. POWER, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 03–3007.

United States Court of Appeals,
Federal Circuit.

DEICDED: Dec. 5, 2002.

### ORDER

The order of dismissal and the mandate
dated November 26, 2002 having been is-
sued in error, the same hereby are, VA-
CATED and RECALLED, and the peti-
tion for review is REINSTATED.

Petitioner's brief is due within 60 days
from the date of filing of this order.